[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Carlock*, Slip Opinion No. 2022-Ohio-4673.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4673

THE STATE OF OHIO, APPELLEE, *v.* CARLOCK, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Carlock*, Slip Opinion No. 2022-Ohio-4673.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2022-0136—Submitted December 23, 2022—Decided December 28, 2022.)

APPEAL from the Court of Appeals for Jefferson County,

No. 19 JE 0017, 2021-Ohio-4550.

————————

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and KENNEDY, FISCHER, DONNELLY, and BRUNNER, JJ.

DEWINE and STEWART, JJ., dissent and would order briefing and schedule oral argument.

————————

Timothy Young, Ohio Public Defender, and Timothy B. Hackett, Assistant Public Defender, for appellant, Ka'Saun Carlock.

————————